## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RONNIE FLOW JR**
**ADC #097599**                                                                 **PLAINTIFF**

**v.**                              **CASE NO. 4:23-CV-00688-BSM**

**MAGNOLIA REGIONAL**
**MEDICAL CENTER,** *et al.*                                    **DEFENDANTS**

## ORDER

Ronnie Flow's motion to dismiss [Doc. No. 4] is granted and this case is dismissed

without prejudice.  Flow's motion to proceed *in forma pauperis* [Doc. No. 1] and motion to

appoint counsel [Doc. No. 3] are denied as moot.

IT IS SO ORDERED this 14th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE