IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RONNIE FLOW JR**
**ADC #097599**                                                                                   **PLAINTIFF**

v.                              CASE NO. 4:23-CV-00688-BSM

**MAGNOLIA REGIONAL**
**MEDICAL CENTER,** *et al.*                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE